**E-FILED on 11/21/14**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSSELL A. MERINAR, | ) | No. C 13-5894 RMW (PR) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| N. GRANNIS, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant action without prejudice. A judgment of dismissal without prejudice is hereby entered. The clerk of the court shall close the file.

IT IS SO ORDERED.

DATED: 11/21/14

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\RMW\CR.13\Merinar894jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL ARLEN MERINAR et al, | Case Number: CV13-05894 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| N GRANNIS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 21, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Russell A Merinar AP7744
B-3-27-4Low
Valley State Prison
PO Box 92
Chowchilla, CA 93610-0092

Dated: November 21, 2014

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk